IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAMIEN A. COLE,

    Plaintiff,

v.

                                                      Case No.  20-cv-201-bbc

HEALTH SERVICES MANAGER
MARCHANT, DR. JEFFREY MANLOVE,
RN JENSON, RN ANDERSON, AND
JANE/JOHN DOE

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this with prejudice.

| /s/ | 03/23/21 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |